**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Ernest GONZALES, Defendant—
Appellant.**

No. 02–50111.
D.C. No. CR–01–00239–ER–1.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 3, 2002.*

Decided Dec. 17, 2002.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before BEEZER, KOZINSKI and WARDLAW, Circuit Judges.

## MEMORANDUM**

Gonzales clearly violated 18 U.S.C. § 2251(c)(1)(A) by "publish[ing]" an "advertisement" within the ordinary meanings of those terms. His IRC file server broadcasted offers to exchange child pornography on a periodic basis to unknown audiences. The program's own documentation refers to this function as "advertis[ing]." The program is nothing like an oral conversation.

Because the statute "made it reasonably clear at the relevant time that [Gonzales]'s conduct was criminal," *United States v. Lanier,* 520 U.S. 259, 267, 117 S.Ct. 1219, 137 L.Ed.2d 432 (1997), it is not unconstitutionally vague as applied to him. *See also Grayned v. City of Rockford,* 408 U.S. 104, 108, 92 S.Ct. 2294, 33 L.Ed.2d 222 (1972).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

